UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN PHILIP DISTEFANO,

        Plaintiff,

v.                                  Case No. 5:19-cv-501-Oc-39PRL

STATE OF FLORIDA,

        Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff John Philip DiStefano, civilly committed to the Florida Civil Commitment Center, is proceeding pro se. Plaintiff filed a pleading titled "Petition for Mental Health Evaluation, Risk Assessment, Probable Cause Hearing, and Discharge" (Doc. 1) on September 30, 2019. In the Petition, Plaintiff asserts he has not had a mental health evaluation and risk assessment on a yearly basis, in violation of Florida law. He seeks immediate discharge from custody or a mental health evaluation.

It is unclear whether Plaintiff intended to file the pleading in this Court or in state court. Plaintiff wrote at the top of his Petition, "In the Circuit Court, Middle Judicial Circuit, In and for Marion County, Florida," and he asserts violations of state law, not federal law. Additionally, it is unclear what type of proceeding Plaintiff intends to initiate. If Plaintiff seeks to allege that the conditions of his confinement are

unconstitutional, he may initiate a civil rights action pursuant to 42 U.S.C. § 1983. To the extent Plaintiff intended to file a civil rights action in this Court, he has not filed a proper complaint, nor has he pled allegations to demonstrate this Court's jurisdiction over the matter. To the extent Plaintiff challenges his conviction or sentence, he may initiate a habeas corpus case. The Court has approved the use of forms for civil rights and habeas corpus cases, and Plaintiff will be provided with copies of these forms.

Accordingly, it is

**ORDERED:**

1.    This case is **DISMISSED without prejudice.**

2.    The **Clerk** shall enter judgment dismissing this case without prejudice and close the file.

3.    The **Clerk** shall send Petitioner a civil rights complaint form and a habeas corpus petition form. Petitioner should use the appropriate form if he decides to initiate a new case in this Court. He should not put this case number on either form, because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of October, 2019.

BRIAN J. DAVIS
United States District Judge

2

```
caw 10/3
c:
John Philip DiStefano, #990538
```